# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**                                          **Chapter:** 7

Abound Solar Manufacturing, LLC
9586 I−25 East Frontage Road
Longmont, CO 80504−9458
  **EIN:** 26−4069389                               **Case No.:** 12−11974−MFW
AVA Solar Manufacturing, LLC

### FINAL DECREE

The estate of the above−named debtor(s) has been fully administered.

IT IS ORDERED THAT:

The Chapter 7 Trustee is hereby discharged as trustee of the estate of the above−named debtor(s) and the bond is cancelled.

This case is hereby closed.

_Mary F. Walrath_
Mary F. Walrath
Bankruptcy Judge

Dated: 7/30/18

(VAN−467a)